NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANDERSON M. THOMPSON,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7078

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-3739, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

Anderson M. Thompson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                THOMPSON v. SHINSEKI

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24